IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CASSIE ANN RATHIE,<br><br>Defendant. | CR 20-128-BLG-DLC<br><br>ORDER |

This Court previously scheduled a hearing for the purposes of resolving the outstanding issue of restitution, as it relates to Cassie Ann Rathie. (Doc. 102.) The parties have reached an agreement on the issue of restitution (Doc. 106) and consequently move this Court to vacate the hearing (Doc. 107). Because no dispute as to restitution remains, the Court will grant the motion.

As a general matter, the Court has no issue with the parties' proposed terms for payment of restitution, including partial payments at specified intervals, if approved by her probation officer, and "in-kind payments" if approved by both a specific victim and her probation officer. (Doc. 106 at 3.) At this juncture, however, the Court is unable to decide the issue of joint liability for the total amount of restitution claimed as to Ms. Rathie's co-defendant Taylor Thomas

1

Nelson.  (*Id.*)   A restitution determination as to Mr. Nelson remains outstanding. If the Court imposes restitution against Mr. Nelson and if Mr. Nelson is found to be jointly liable for any restitution obligation imposed against Ms. Rathie, the Court will amend Ms. Rathie's judgment to reflect such joint liability at that time.

Accordingly, IT IS ORDERED the motion (Doc. 107) is GRANTED.  The restitution hearing scheduled for October 14, 2021 is VACATED.  An amended judgment reflecting Ms. Rathie's restitution obligation is forthcoming.

DATED the 13th day of October, 2021.

_____
Dana L. Christensen, District Judge
United States District Court